**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CANTRELL STREETER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UHG I LLC and MARKOFF LAW LLC,<br><br>Defendants. | Case No.: 1:19-cv-08474 |

**DEFENDANT UHG I LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant UHG I LLC ("UHG I"), by and through its undersigned attorneys, Lippes Mathias Wexler Friedman LLP, hereby notifies this Court and all parties of the following:

1. UHG I is a Delaware limited liability company.

2. UHG I is wholly owned by UHG LLC.

3. No publicly held corporation owns 5% or more interest of UHG I.

DATED:    February 12, 2020

                                   **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

                                   s/ Tessa R. Scott
                                   Tessa R. Scott, Esq.
                                   Brendan H. Little, Esq.
                                   Attorneys for Defendant
                                   UHG I LLC
                                   50 Fountain Plaza, Suite 1700
                                   Buffalo, New York 14202
                                   Telephone: (716) 853-5100
                                   Facsimile: (716) 853-5199
                                   Email: tscott@lippes.com
                                                  blittle@lippes.com