# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CANTRELL STREETER, on behalf of himself and all others similarly situated, ) ) ) PLAINTIFF, ) ) v. ) ) UHG I LLC and MARKOFF LAW LLC, ) ) DEFENDANTS. ) | Civil Action No. 19-cv-08474<br><br>Hon. Sara Ellis<br><br>Magistrate Judge Jeffrey Cummings |

## MOTION FOR LEAVE TO AMEND COMPLAINT AND STAY BRIEFING ON MOTION TO DISMISS

Plaintiff, Cantrell Streeter ("Plaintiff"), respectfully asks this Court for an extension of time to file his responses to Defendants' Motion to Dismiss, Dkt. # 22 and in support states as follows:

1. On July 17, 2020, the Court entered the following Minute Entry:

MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's unopposed motion to extend time to file response and reply briefs [33]. The Court revises the briefing schedule on Defendants' motion to dismiss [22] as follows: Plaintiff's response due by 7/27/2020; Defendants' reply due by 8/10/2020. Status hearing remains set for 10/27/2020 at 9:30 a.m. for ruling on the motion to dismiss. Mailed notice(rj, )

2. On July 17, 2020, in response to information provided by Defendants regarding class size, Plaintiff's counsel Mario Kasalo communicated to Defendant's counsel David Schultz that Plaintiff will seek to amend the complaint and withdraw the class claim.

3. In response, attorney David Schultz informed Plaintiff's counsel Mario Kasalo that Defendant does not oppose the amendment.

4. The parties continue to engage in settlement discussions.

5. Plaintiff submits that amendment of the complaint would render the pending motion to dismiss moot.

6. Plaintiff thus requests leave to file an amended complaint on or by July 31, 2020, and to stay briefing on the pending motion.

7. This is Plaintiff's first request for leave to amend his complaint.

8. The requested enlargement of time is not meant for purposes of delay.

9. Plaintiff's counsel has discussed the requested relief with defense attorney David Schultz, who stated that Defendant did not oppose amendment of the complaint.

WHEREFORE Plaintiff respectfully requests that this Court grant Plaintiff leave to file an amended complaint on or by July 31, 2020, and to stay briefing on the pending motion to dismiss, and for any further relief this Court deems fair and just.

## CERTIFICATE OF SERVICE

I, Mario Kris Kasalo, an attorney, hereby certify that on July 27, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

By:    */s/ Mario Kris Kasalo*